UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lloyd Emmanuel Best**  Docket No. 7:09-CR-132-1H

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lloyd Emmanuel Best, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), and Possession of a Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. § 922(k), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 9, 2011, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On September 27, 2011, the U.S. Court of Appeals for the Fourth Circuit granted the defendant's Motion to Vacate the sentence under 28 U.S.C. § 2255 and remanded the case to district court for resentencing. On September 11, 2012, the defendant was re-sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Lloyd Emmanuel Best was released from custody on June 3, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 12, 2016, the Onslow County Sheriff's Office charged the defendant with Misdemeanor Assault on a Female as a result of an altercation that occurred between the defendant and his wife, Latonya Black. According to the Warrant for Arrest, it is alleged that the defendant put his hand over his wife's mouth and hit her on the face, causing broken blood vessels in her eye, cuts inside her mouth, and red marks around her nose and mouth. The defendant turned himself in on these charges on October 13, 2016, and was released after posting bond on October 15, 2016. The matter is pending in Onslow County District Court (16CR056430).

This officer met with the defendant on October 18, 2016. He denies the allegations as outlined in the Warrant for Arrest; however, understands that he should not return to reside with his wife and has agreed to reside with his mother or his sister in Jacksonville, North Carolina. It is respectfully recommended that the defendant's conditions of supervision be modified to include the condition that he not have any contact with his wife, Latonya Black.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall have no contact with Latonya Black by any means whatsoever.

Lloyd Emmanuel Best
Docket No. 7:09-CR-132-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: October 20, 2016

### ORDER OF THE COURT

Considered and ordered this 20th day of October, 2016, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge